UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.                                            CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: January 25, 2000<br>Docket: # 35<br>[X] Plffs    [] Defts<br><br>Title: Motion Regarding Proposed Stipulation | **NOTED.** The Court **NOTES** that Plaintiffs have complied with the order of the Court to present evidence of the tolling of the statute of limitations by virtue of a state court filing. Defendants **SHALL** inform the Court on or before **February 3, 2000** whether it accepts Plaintiffs' stipulation that the statute of limitations was tolled. |
| Date Filed: January 25, 2000<br>Docket: # 36<br>[X] Plffs    [] Defts<br><br>Title: Motion for Leave to File Documents in the Spanish Language | **GRANTED.** Plaintiffs **SHALL** file an English language translation of the Spanish language exhibits on or before **February 14, 2000**. |

Date: 1/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 39