## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MADELINE COLON MULERO, on her own behalf and as parent with patria potestas and custody over minor plaintiffs CHRISTIAN ANIBAL ALMODOVAR COLON and BIANCA SELENI CASTAÑER COLON; and PETRA MULERO FLORES<br><br>    Plaintiffs<br><br>v.<br><br>MITSUBISHI MOTORS CORPORATION; THE TOKYO MARINE AND FIRE INSURANCE COMPANY; JOHN DOE CORP. and MNO INSURANCE CO.<br><br>    Defendants | CIVIL NO. 98-2090(JP)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

*RECEIVED & FILED '00 JAN 28 AM 7:5 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

### ORDER FOR THE PRODUCTION OF PHOTOGRAPHS
### IN THE POSSESSION OF THE PUERTO RICO POLICE DEPARTMENT

Upon consideration of a joint motion presented by the parties in the case caption during the Initial Scheduling Conference held on January 13, 2000, the Court hereby orders the Puerto Rico Police Department to produce, within ten (10) days of service of this order, to Francisco M. Troncoso, Esq., Juan Cobián, Esq., Richard Schell-Asad, Esq., and to Antonio Gnocchi-Franco, Esq., or their authorized representatives, certified true and exact copies of any and all photographs taken by the Puerto Rico Police Department of the accident site and vehicles involved in the accident



investigated under "claim no. 97-9-056-00645" ("querella núm. 97-9-056-00645"), which occurred on State Rd. 181, in the vicinity of Km. 24.5, Patillas, P.R., on March 26, 1997, involving a 1988 Mazda Pick-Up truck, identified by P.R. License Plate no. 495-333, and a 1995 Mitsubishi Expo, identified by P.R. License Plate no. BXO-484. A copy of this order is as valid as its original.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26 day of January, 2000.

*[signature]*

**JAIME PIERAS, JR.**

**UNITED STATES SENIOR DISTRICT JUDGE**