IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MADELINE COLON MULERO, on her own behalf and as parent with patria potestas and custody over minor plaintiffs CHRISTIAN ANIBAL ALMODOVAR COLON and BIANCA SELENI CASTAÑER COLON; and PETRA MULERO FLORES | * * * * * * * * | CIVIL NO. 98-2090(JP)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |
| Plaintiffs | * * | |
| v. | * * | |
| MITSUBISHI MOTORS CORPORATION; THE TOKYO MARINE AND FIRE INSURANCE COMPANY; JOHN DOE CORP. and MNO INSURANCE CO. | * * * * * | |
| Defendants | * * | |

* * * * * * * * * * * * * * *

**ORDER FOR THE PRODUCTION OF FILMS GENERATED AS A RESULT OF RADIOLOGICAL EXAMINATIONS OF MINOR PLAINTIFF BIANCA SELENI CASTAÑER COLON**

Upon consideration of a joint motion presented by the parties in the case caption during the Initial Scheduling Conference held on January 13, 2000, the Court hereby orders the Centro de Diagnóstico y Tratamiento de Patillas, the Guayama Regional Hospital a/k/a Hospital Alejandro Buitrago, the Ponce District Hospital a/k/a Hospital José N. Gándara, the Pediatric Hospital a/k/a Hospital Universitario Pediátrico, Hospital del Niño and any and all physicians and hospitals who have provided medical care and treatment to minor plaintiff Bianca Seleni Castañer Colón, a/k/a Bianca Colón or Baby Colón, social security number 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, to

provide to Richard Schell-Asad, Esq., Juan Cobián, Esq., and to Antonio Gnocchi-Franco, Esq., or their authorized representatives, the original of the films generated as a result of any radiological examinations performed upon said minor for reproduction. The term "radiological examinations" shall include X-Rays, CT-Scans and MRIs, or like examinations. These originals should be personally handed over by the aforementioned medical institutions **TO BOTH ATTORNEYS OR TO THEIR DULY AUTHORIZED REPRESENTATIVES**, who will then personally deliver them to the institution where they will be reproduced and once the copies have been made, they are instructed to return the original of the films to the medical institution in question. A copy of this order is as valid as its original.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of January, 2000.

**JAIME PIERAS, JR.**
**UNITED STATES SENIOR DISTRICT JUDGE**