IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MADELINE COLON MULERO, on her own behalf and as parent with patria potestas and custody over minor plaintiffs CHRISTIAN ANIBAL ALMODOVAR COLON and BIANCA SELENI CASTAÑER COLON; and PETRA MULERO FLORES<br><br>Plaintiffs<br><br>v.<br><br>MITSUBISHI MOTORS CORPORATION; THE TOKYO MARINE AND FIRE INSURANCE COMPANY; JOHN DOE CORP. and MNO INSURANCE CO.<br><br>Defendants | CIVIL NO. 98-2090(JP)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

* * * * * * * * * * * * * * * *

**ORDER FOR THE PRODUCTION OF MEDICAL RECORDS
OF MINOR PLAINTIFF BIANCA SELENI CASTAÑER COLON**

Upon consideration of a joint motion presented by the parties in the case caption during the Initial Scheduling Conference held on January 13, 2000, the Court hereby orders the Centro de Diagnóstico y Tratamiento de Patillas, the Guayama Regional Hospital a/k/a Hospital Alejandro Buitrago, the Ponce District Hospital a/k/a Hospital José N. Gándara, the Pediatric Hospital a/k/a Hospital Universitario Pediátrico, Hospital del Niño and any and all physicians and hospitals who have provided medical care and treatment to minor plaintiff Bianca Seleni Castañer Colón, a/k/a Bianca Colón or Baby Colón, social security number 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, to

produce, within ten (10) days of service of this order, to Francisco M. Troncoso, Esq., Richard Schell-Asad, Esq., Juan Cobián, Esq., and/or to Antonio Gnocchi-Franco, Esq., or their authorized representatives a true and exact copy of all the medical records generated as a result of any treatment provided to said minor. A copy of this order is as valid as its original.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26 day of January, 2000.

**JAIME PIERAS, JR.**

**UNITED STATES SENIOR DISTRICT JUDGE**