IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MADELINE COLON MULERO, on her own behalf and as parent with patria potestas and custody over minor plaintiffs CHRISTIAN ANIBAL ALMODOVAR COLON and BIANCA SELENI CASTAÑER COLON; and PETRA MULERO FLORES<br><br>    Plaintiffs<br><br>v.<br><br>MITSUBISHI MOTORS CORPORATION; THE TOKYO MARINE AND FIRE INSURANCE COMPANY; JOHN DOE CORP. and MNO INSURANCE CO.<br><br>    Defendants | CIVIL NO. 98-2090(JP)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

**ORDER FOR THE PRODUCTION OF CLAIM FILE
IN THE POSSESSION OF UNIVERSAL INSURANCE COMPANY**

Upon consideration of a joint motion presented by the parties in the case caption during the Initial Scheduling Conference held on January 13, 2000, the Court hereby orders Universal Insurance Company to produce, within ten (10) days of service of this order, to Francisco M. Troncos, Esq., Juan Cobián, Esq., Richard Schell-Asad, Esq., and to Antonio Gnocchi-Franco, Esq., or their authorized representatives, a certified true and exact copy of the claim maintained by Universal Insurance Company of the claim presented under the policy issued on behalf of Ms. María Rodríguez Amaro (its insured), as a result of an accident investigated P.R.



Police Department under "claim no. 97-9-056-00645" ("querella núm. 97-9-056-00645"), which occurred on State Rd. 181, in the vicinity of Km. 24.5, Patillas, P.R., on March 26, 1997, involving a 1988 Mazda Pick-Up truck, identified by P.R. License Plate no. 495-333, and a 1995 Mitsubishi Expo, identified by P.R. License Plate no. BXO- 484. The term "claim file" shall include any and all accident reports, photographs, damages estimates, statements rendered by witnesses, copies of checks evidencing amounts paid, releases, etc. A copy of this order is as valid as its original.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26 day of January, 2000.

**JAIME PIERAS, JR.**

**UNITED STATES SENIOR DISTRICT JUDGE**