UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 17 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.     CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 2, 2000<br>**Docket:** # 44<br>[X] **Plffs**       [ ] **Defts**<br><br>**Title:** Motion for Leave to Amend Witness List | **GRANTED.** The Court **GRANTS** Plaintiffs leave to amend their witness list to add Johnny Colón Mulero, and **NOTES** that they will produce him to be deposed on the same day that his mother and brother are to be deposed, on February 16, 2000. |
| **Date Filed:** February 10, 2000<br>**Docket:** # 35<br>[ ] **Plffs**       [X] **Defts**<br><br>**Title:** Motion in Compliance with Order | **NOTED.** The Court **NOTES** that Defendants have stipulated to the fact that the statute of limitations was tolled in the instant matter. |

Date: 2/16/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: no    #48