UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.                                         CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 1, 2000<br>**Docket:** # 49<br>[ ] **Plffs**    [X] **Defts**<br><br>**Title:** Mitsubishi Motors Corporation's Motion to Amend ISC Order | **GRANTED.** The ISC Order is hereby **AMENDED** as indicated in Defendants' motion. |

Date: 3/3/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #50