UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 APR 13 PM 12 07

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.

CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 4, 2000<br>**Docket:** # 52<br>[X] **Plffs**    [] **Defts**<br><br>**Title:** Motion Requesting Amendment of ISC | **GRANTED.** The following witnesses are hereby added to Plaintiffs' witness list in the ISC Order: Carlos Jiménez, Edgar Crespo, Migdalia Rodríguez, and George Birriel. |
| **Date Filed:** April 4, 2000<br>**Docket:** # 51<br>[X] **Plffs**    [] **Defts**<br><br>**Title:** Informative Motion | **NOTED.** The Court **NOTES** that Plaintiffs have submitted to Defendants a copy of the report of Ana V. Cintrón and that the "Day in the Life" video has been taken. |

**Date:** 4/12/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | #53 |