UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 11 AM 7: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.                                            CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 5, 2000<br>**Docket:** # 54<br>[X] **Plffs**      [X] **Defts**<br><br>**Title:** Joint Motion for Extension of Time for the Production of the Reports for the Plaintiffs' Liability Experts | **GRANTED IN PART.** As certain documents were not produced to Plaintiffs until recently, Plaintiffs **SHALL** produce the report of their liability experts, Dr. Wendell Hull and Dr. James Pugh, on or before **May 26, 2000**. The depositions of these experts, however, shall **NOT** be rescheduled. Defendants have agreed to this change. |

Date: 5/10/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 55

(4)