UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.                                                                           CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

RECEIVED & FILED
'00 JUN -6 PM 7: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 26, 2000<br>**Docket:** # 56<br>[X] **Plffs**  [ ] **Defts**<br><br>**Title:** Informative Motion | **NOTED.** The Court **NOTES** that Plainiffs have produced to Defendants the reports of Plaintiffs' liability experts, Dr. Wendell Hull and Dr. James Pugh. The Court further **NOTES** that the "day in the life" video was produced to Defendants on May 26, 2000. In the ISC, however, the Court ordered production of the same on or before May 1, 2000. |

Date: 6/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 57

(4)