UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN 26 AM 11: 23

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.

CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 19, 2000; June 20, 2000<br>**Docket:** # 59, 60<br>[X] **Plffs**   [X] **Defts**<br><br>**Title:** Motion Requesting Order for Change of Location of Deposition; Opposition thereto | **DENIED.** The Court will not order that the deposition of Plaintiff's expert, Dr. Wendy Hull, be held in New Mexico rather than in Puerto Rico, where the parties had agreed to depose Dr. Hull, absent an agreement by the parties to that effect. |
| **Date Filed:** June 15, 2000<br>**Docket:** # 58<br>[X] **Plffs**   [ ] **Defts**<br><br>**Title:** Motion Informing Submission of Life Care Plan for Bianca Castañer Colón | **NOTED.** The Court **NOTES** that Plaintiffs have submitted to Defendants a copy of a "Life Care Plan" for Bianca Castañer Colón. |

Date: 6/22/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 61 |