UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.                                                    CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 14, 2000<br>**Docket:** # 62<br>[X] **Plffs**    [] **Defts**<br><br>**Title:** Informative Motion | **NOTED.** The Court **NOTES** that Plaintiffs submitted the economic report of Dr. Jaime del Valle to Defendants. |

Date: 7/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #63