UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.   CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 4, 2000<br>**Docket:** # 64<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Informative Motion | **NOTED.** The Court **NOTES** that Defendants Mitsubishi Motors Corp. and Tokio Marine Fire & Insurance Group have announced the names and submitted to Plaintiffs the curriculum vitae of the following expert witnesses: Neurologist Pediatrician, Rehabilitation/Life Care expert, Economist, and Human Factors. |

Date: 8/11/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:          #