UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

CIVIL NO. 98-2090 (JP)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 29, 2000; October 10, 2000<br>**Docket:** # 66, 67<br>[X] **Plffs**    [X] **Defts**<br><br>**Title:** Motion for Amendment of Initial Scheduling Conference Order for the Taking of the Deposition of Defendant Mitsubishi Due to Newly Discovered Evidence of Admissions of Cover-up by Mitsubishi of Vehicle Defendants; Opposition thereto | **GRANTED.** In view of the recent disclosures in the media relating to Co-defendant Mitsubishi Motors Corp.'s admission that it systematically covered up vehicle defects for more than 20 or 30 years, and as specifically reported in The Guardian and the Financial Times, Plaintiffs seek to depose a representative of Mitsubishi Motors with knowledge of the nature and extent of the cover-up and whether it involved airbag safety issues and the Mitsubishi Expo. Defendants **SHALL** produce such a representative to be deposed by Plaintiffs on **November 30, 2000 at 9:00 a.m.** at the offices of Plaintiffs' attorney in San Juan, Puerto Rico. |
| Date: 10/31/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |

Rec'd:    EOD:

By:    # 68