UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,

    Plaintiffs

vs.                                                CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 21, 2000<br>**Docket:** # 69<br>[ ] Plffs         [X] Defts<br><br>**Title:** Objection to Plaintiffs' Notice of Taking Deposition Propounded Upon Mitsubishi Motors Corporation | **DENIED.** Co-defendant Mitsubishi Motors Corp. **SHALL** answer all questions related to the nature and extent of its systematic cover-up of vehicle defects, and whether it involved airbag safety issues and the Mitsubishi Expo. Said Co-defendant also **SHALL** produce all relevant documents related to that area of inquiry. The Court does not find Plaintiff's request to be overly-broad. Should Mitsubishi fail to comply with the Order of this Court, it will face sanctions. |

Date: 11/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:         # 72

*for notice by*