IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et al.,   *
                                 *
     Plaintiffs                  *
                                 *
vs.                              *   CIVIL NO. 98-2090 (JP)
                                 *
MITSUBISHI MOTORS CORP., et al., *
                                 *
     Defendants                  *
_____*

## O R D E R

The parties met with the Court for a pre-trial conference on January 17, 2001 represented by counsel: Francisco Troncoso, Richard Schell-Asad, and Juan Cobian for Plaintiffs; and Antonio Gnocchi-Franco and Henry Salas for Defendants. The following matters were discussed:

1. The parties informed the Court that a witness previously announced by Plaintiffs, Johnny Colón Mulero, was no longer going to be used by Plaintiffs, but that Defendants intended to call this witness as its own. Plaintiffs have no objection. In addition, the Court hereby **ORDERS** that Plaintiffs **SHALL** produce this witness for trial.

2. Defendants stated to the Court that they had filed three motions in limine on January 16, 2001. Plaintiffs **SHALL**



AO 72A
(Rev.8/82)

CIVIL NO. 98-2090 (JP)                    2

   file their Opposition to these motions on or before **January 24, 2001**. Plaintiffs also indicated that they intended to file a motion in limine concerning certain items of documentary evidence announced by Defendants.

3. The parties wish to meet with the Court to explore the possibility of settling the instant action. A settlement conference is therefore **SET** for **January 22, 2001 at 2:00 p.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of January, 2001.

```
                          JAIME PIERAS, JR.
                          U.S. SENIOR DISTRICT JUDGE
```