UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,
    Plaintiffs

vs.    CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 2, 2001 | **GRANTED.** Docket no. 89 **SHALL** remain **UNDER SEAL.** |
| **Docket:** # 88  [X] **Plffs**   [ ] **Defts** | |
| **Title:** Motion Requesting Permission to File Motion Under Seal | |

Date: 2/12/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: _____ # 90

4