UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,
    Plaintiffs

vs.                                                               CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 15, 2001<br>**Docket:** # 92<br><br>[X] **Plffs**    [ ] **Defts**<br><br>**Title:** Motion Requesting Hearing | Rather than hold a hearing, the Court hereby **ORDERS** that Special Solicitor for Family Affairs María del Carmen Berríos inform the Court in writing of her opinion with respect to the settlement in the instant case on or before **March 19, 2001.** |

Date: February 23, 2001

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: /yk/    # 93