## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et. al.,
    Plaintiffs

vs.                                                CIVIL NO. 98-2090 (JP)

MITSUBISHI MOTORS CORP., et. al.,
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 15, 2001<br>**Docket:** # 92<br><br>[X] **Plffs**    [] **Defts**<br><br>**Title:** Motion Requesting Hearing | In reconsideration, the Court hereby **GRANTS** Plaintiffs' request for a hearing. A hearing **SHALL** be held on **March 8, 2001 at 9:30 a.m.** to discuss the judicial authorization of the settlement of the instant case, and to hear the opinion of the Special Solicitor for Family Affairs Maria del Carmen Berrios, with respect to the same. |
| Date: 3/1/01 | *[signature]*<br>JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:       EOD:<br><br>By: *[initials]*    # 95 |