IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE COLON MULERO, et al.,    *
                                  *
        Plaintiffs                *
                                  *
vs.                               *    CIVIL NO. 98-2090 (JP)
                                  *
MITSUBISHI MOTORS CORP., et al.,  *
                                  *
        Defendants                *
—————————————————————————————————  *

## O R D E R

The parties hereto, and the Special Prosecutors for Family Affairs, Eda Serrano-Blasini and María del Carmen Berríos, appeared before this Court on March 8, 2001 for a hearing in open court to determine whether the settlement entered into by and between the parties to this action is in the best interest of minor Plaintiffs Bianca Seleni Castañer Colón and Christian Almovodar Colón. Having heard the testimony of the mother of minor Plaintiffs, Madeleine Colón Mulero, who has patria potestas over these minors, and having heard the opinion of Special Prosecutor Eda Serrano-Blasini recommending the approval of this settlement, the Court hereby **APPROVES** the settlement. The settlement funds pertaining to the minor Plaintiffs **SHALL** be deposited with the Superior Court of Guayama, the local court closest to Plaintiffs' residence in Patillas, pursuant to the recommendation of the Special Prosecutor. Counsel for Plaintiffs had no objection to the same. The Superior Court of Guayama will then be responsible for overseeing the administration of those funds in the minor Plaintiffs' best interest.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 8th day of March, 2001.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)

Operation Manager
3/9/01